1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Shon Morgan (Bar No. 187736)
2    shonmorgan@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California 90017-2543
   Telephone:    (213) 443-3000
4  Facsimile:    (213) 443-3100

5    Arthur M. Roberts (Bar No. 275272)
     arthurroberts@quinnemanuel.com
6  50 California Street, 22nd Floor
   San Francisco, California 94111
7  Telephone:    (415) 875-6600
   Facsimile:    (415) 875-6700

8
   Attorneys for Defendant Uber Technologies, Inc.
9

10 Kristopher P. Badame (Bar No. 210349)
   Joseph H. Hunter (Bar No. 137796)
11 Michele E. Pillette (Bar No. 262031)
   **BADAME & ASSOCIATES, APC**
12 25432 Trabuco Road, Suite 207
   Lake Forest, CA 92630
13 (949) 770-2867
   (866) 230-3044 – FAX
14 kbadame@badameandassociates.com
   jhunter@badameandassociates.com
15
   Attorneys for Plaintiff Michael Cordas
16
                  UNITED STATES DISTRICT COURT
17
              NORTHERN DISTRICT OF CALIFORNIA,
18
                     SAN FRANCISCO DIVISION
19
   MICHAEL CORDAS, individually, and on        Case No. 3:16-cv-04065-RS
20 behalf of all those similarly situated,
                                               **STIPULATION AND [PROPOSED]**
21           Plaintiffs,                       **ORDER FOR 60-DAY STAY TO PERMIT**
                                               **JOINT FACTUAL INVESTIGATION**
22      vs.
                                               Complaint filed:    July 20, 2016
23 UBER TECHNOLOGIES, INC., and DOES 1
   through 50, inclusive,
24
             Defendants.
25

26

27

28

1    Plaintiff Michael Cordas and defendant Uber Technologies, Inc. hereby stipulate as

2  follows:

3    WHEREAS, Plaintiff filed the Complaint on July 20, 2016 and served it on Defendant on

4  July 21, 2016;

5    WHEREAS, the parties filed a stipulation pursuant to L.R. 6-1(a) extending the time to

6  answer or otherwise respond to the Complaint until September 12, 2016;

7    WHEREAS, counsel for the parties have had discussions regarding the nature of the

8  dispute, allegations in the Complaint, defenses to those allegations, and scheduling;

9    WHEREAS, counsel for the parties share an interest in advancing this matter as efficiently

10  and expeditiously as possible and would like to continue these discussions;

11    WHEREAS, the parties intend in the coming weeks to further informally exchange factual

12  analyses and continue discussions to evaluate the claims and defenses;

13    WHEREAS, extending the time Uber has to answer or otherwise respond to the complaint

14  will not alter the date of any event or any deadline already fixed by Court order.

15    THEREFORE, IT IS HEREBY STIPULATED AND AGREED that this matter shall be

16  stayed until October 26, 2016 to permit the parties to pursue these discussions, and Uber shall

17  answer or otherwise respond to the Complaint by November 18, 2016.

18

19  DATED:  August 26, 2016                    QUINN EMANUEL URQUHART &
                                              SULLIVAN, LLP
20

21

22                                            By  /s/ Shon Morgan[1]
                                                 Shon Morgan
23                                               Attorneys for Uber Technologies, Inc.

24

25

26

27

28
_____
[1]   Pursuant to L.R. 5-1(i), I, Shon Morgan, attest that I have obtained concurrence in the filing of this document from each of the signatories.

1  DATED:  August 26, 2016                    BADAME & ASSOCIATES, APC

2

3                                             By _/s/ Kristopher P. Badame_

4                                                 Kristopher P. Badame
                                                  Attorneys for Plaintiff Michael Cordas
5

6

7

8  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10  Date:  8/29/16
                                               Judge Richard Seeborg

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28