WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
LUCIA X. ROIBAL (CA SBN 306721)
LRoibal@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORDAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 3:16-cv-04065-RS<br><br>**DECLARATION OF CHRISTOPHER BRAUCHLI IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY LITIGATION**<br><br>Date: January 5, 2017<br>Time: 1:30 p.m.<br><br>Hon. Richard Seeborg<br>Courtroom 3 |

1   I, Christopher Brauchli, hereby declare as follows:

2   1.   I am over the age of 18 and I submit this declaration in support of Defendant Uber Technologies, Inc.'s ("Uber") Motion to Compel Arbitration and Dismiss or Stay Litigation. I have personal knowledge of each fact stated in this declaration and, if called as a witness, I could and would competently and truthfully testify thereto.

3   2.   I am an Engineering Manager at Uber. My responsibilities include oversight of the development, implementation, and maintenance of the Uber rider sign up process.

4   3.   Uber was founded in 2009 in San Francisco, California. Uber offers a software application (the "Uber App") that allows members of the public to request transportation services from independent, third-party transportation providers in their local area.

5   4.   In order to request and pay for third-party transaction services via the Uber App, riders must first register with Uber by creating an account. An account can be created from within the Uber App itself.

6   5.   In the normal course of its business, Uber maintains records regarding when and how its riders register, rider trip history, and rider transaction history. As an Engineering Manager, I have access to these records, and I am familiar with these records and the manner in which they are updated and maintained. At the request of counsel, I researched Plaintiff Michael Cordas's allegations that he downloaded the Uber App and created an Uber account on or around July 5, 2015, and then incurred cancellation fees on his account on July 28, 2015, February 1, 2016, and May 21, 2016. Uber's records show that a rider account was created on July 25, 2015 registered to "Caleb Cordas," and incurred cancellation fees on July 28, 2015 and February 1, 2016. By reviewing the registration records, I determined that the account at issue associated with "Caleb Cordas" was created via the Uber App using an iPhone.

7   6.   Based on my review of records maintained by Uber in the regular course of business, I identified the version of the iPhone Uber App that was in use on July 25, 2015. As an Engineering Manager, I am familiar with this version of the Uber App.

8   7.   As reflected in the screenshots attached as **Exhibit A**, the process for creating an account via the Uber App involved the following steps. Each step is contained in a single screen

1

1 | on the user's smartphone, with no scrolling required.

2      a. After successfully downloading the Uber App and clicking the "REGISTER" button, the user was prompted on the first screen, titled "Create An Account," to either connect with Facebook or enter his email address, mobile phone number, and a password. Plaintiff opted for the latter method. After entering the requested data on the first screen, the word "NEXT" would be enabled and light up in the right corner of the screen. The user would then click NEXT to advance to the second screen.

     b. On the second screen, titled "Create A Profile," the user was prompted to enter his first and last name. After entering the requested data on the second screen, the word "NEXT" would be enabled and light up, and the user would then click NEXT to advance to the third screen.

     c. On the third screen, titled "Link Payment," the user was prompted to enter his credit card information. On the same screen, the following notice was visibly displayed with no need to scroll down to it: "By creating an Uber account, you agree to the Terms & Conditions and Privacy Policy." The phrase "Terms & Conditions and Privacy Policy" was displayed in bold text in a rectangular box, indicating that this is a clickable button. When the button was clicked, the user would be taken to a screen that contained clickable buttons, including buttons entitled "Terms & Conditions" and "Privacy Policy." The Terms and Conditions then in effect would be displayed when the "Terms & Conditions" button was clicked, and the Privacy Policy would be displayed when "Privacy Policy" was clicked. Upon entering his payment information, the "DONE" button would be enabled and light up in the right corner of the screen. By clicking this "DONE" button, the user would create an Uber account and complete the registration process.

     d. The user could not have completed the registration process, created this account via the Uber App, and taken rides using the Uber App without

2

completing all of the aforementioned steps.

I declare under penalty of perjury and the laws of the United States of America that the foregoing statements are true and correct.

Executed this 18th day of November, 2016, in San Francisco, California.

_Christopher Brauchli_ / cjtt
Christopher Brauchli

# Exhibit A





