WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
LUCIA X. ROIBAL (CA SBN 306721)
LRoibal@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORDAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 3:16-cv-04065-RS<br><br>**REPLY DECLARATION OF CHRISTOPHER BRAUCHLI IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY LITIGATION**<br><br>Date: January 5, 2017<br>Time: 1:30 p.m.<br><br>Hon. Richard Seeborg<br>Courtroom 3 |

I, Christopher Brauchli, hereby declare as follows:

1.   I am over the age of 18 and I submit this declaration in support of Defendant Uber Technologies, Inc.'s ("Uber") Reply in Support of Motion to Compel Arbitration and Dismiss or Stay Litigation. I submit this declaration to supplement my November 18, 2016 declaration I provided in support of Uber's Motion to Compel Arbitration and Dismiss or Stay Litigation (the "November 18 Declaration"). I have personal knowledge of each fact stated in this declaration and, if called as a witness, I could and would competently and truthfully testify thereto.

2.   I am an Engineering Manager at Uber. My responsibilities include oversight of the development, implementation, and maintenance of the Uber rider sign up process and the records regarding rider registrations.

3.   As I stated in the November 18 Declaration, in the normal course of its business, Uber maintains records regarding when and how its riders register, rider trip history, and rider transaction history. When a rider creates an account, Uber's system contemporaneously records data about the rider's registration, including the date and time of registration, the version of the Uber App then in effect, whether the rider registered with an iPhone or Android phone, the model of the phone, and the version of the phone's operating system. Such computer systems and programs are generally accepted in the field, and this system has been in good working order during the relevant time period. As an Engineering Manager, I have access to these business records, and I am familiar with these records, the manner in which they are updated and maintained, and how to retrieve these records from Uber's system.

4.   In the normal course of its business, Uber also maintains copies of historical versions of the Uber App for both iPhone and Android phones, which allows Uber to reproduce the account-creation processes that users followed. This includes the version of the Uber App that was in effect for the iPhone on or around July 25, 2015, which is the date that an account registered to "Caleb Cordas" was created. As an Engineering Manager, I have access to this software program, and I am familiar with the program, the manner in which it is updated and maintained, and how to reproduce the account-creation process using this program. I used this software program to reproduce the screenshots of the sign-up process that were attached as

1

REPLY DECL. OF BRAUCHLI ISO DEF.'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY LITIGATION
CASE NO. 3:16-CV-04065-RS
sf-3720070

1  Exhibit A to the November 18 Declaration.  Such computer programs are generally accepted in
2  the field, and this system has been in good working order during the relevant time period.

3       5.    As I stated in the November 18 Declaration, Uber's records show that the account
4  registered to "Caleb Cordas" and created on or around July 25, 2015, was created using an
5  iPhone.  Uber's records further show that this account was created using an iPhone 6.  The
6  screenshots of the sign-up process that were attached as Exhibit A to the November 18
7  Declaration represent what a user would have seen on an iPhone 6 and the version of the Uber
8  App that was in effect on or around July 25, 2015. This sign up flow cannot be altered based on
9  personal settings on the user's phone. As an Uber Engineering Manager, I am familiar with how
10 the Uber App is displayed on a user's device and the extent to which that display can be altered.

11      6.    In the November 18 Declaration, I stated that the screen titled "Link Payment"
12 included the following notice and clickable button, which was visibly displayed with no need to
13 scroll down to it: "By creating an Uber account, you agree to the Terms & Conditions and
14 Privacy Policy."  As reflected in the screenshots attached as Exhibit 1, the "Link Payment" screen
15 would have included that notice and clickable button (with no need to scroll down to it)
16 regardless of whether the iPhone's keyboard was also activated and displayed on that screen.

17      7.    In the November 18 Declaration, I stated that the user could not have created an
18 Uber account and taken rides using the Uber App without completing all of the steps in the
19 registration process I described in paragraph 7 of that declaration.  This is based on technological
20 constraints built into the Uber App.  The system is programmed to move from one screen to the
21 next in the sequence described in my November 18 Declaration.  If the user did not input the
22 requested information, move through each screen, and click "DONE" on the screen stating that
23 "By Creating an Uber account, you agree to the Terms & Conditions and Privacy Policy," the
24 rider would not be able to request a ride using the Uber app.
25 //
26 //
27 //
28 //

2

REPLY DECL. OF BRAUCHLI ISO DEF.'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY LITIGATION
CASE NO. 3:16-CV-04065-RS
sf-3720070

1 | I declare under penalty of perjury and the laws of the United States of America that the foregoing statements are true and correct.

Executed this __9__th day of December, 2016, in __San Francisco, CA__.

_____
Christopher Brauchli

# Exhibit 1



